UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEEPIKA REDDY,

            Plaintiff,

      -v.-

GILLES R.R. ABITBOL, ESQ.; PIERRE N. ABITBOL; AMY CHERRY-ABITBOL; ABITBOL, CHERRY & SALANIC, LLP; JOSEPH M. FINNERTY, ESQ.; DOUGLAS M. McRAE, ESQ.; BOND, SCHOENECK & KING, PLLC; DOES 1-10; CORPORATION X; CORPORATION Y,

            Defendants.

19 Civ. 9509 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 16, 2019, the Court issued an Order to Show Cause why this action should not be transferred to the Northern District of New York. (Dkt. #5). The Court noted that a substantial portion of the offense conduct transpired in the Northern District of New York and that almost all of the parties either reside, have agents, or transact business in the Northern District of New York. The Court asked Plaintiff to show cause why, for the convenience of parties and witnesses and in the interest of justice, the Court should not transfer the action to the Northern District of New York pursuant to 28 U.S.C. § 1404(a). In response, Plaintiff argued that venue could properly be found in the Southern District of New York. (Dkt. #17). This is not in dispute — the question was why venue would not be more appropriate in the Northern District. To this, Plaintiff claims that she would be unduly prejudiced because the Northern District of New York has been named as a "non-party government

entity" in this case. After reviewing the Complaint (Dkt. #1), and Plaintiff's letter, the Court is confident that the Northern District of New York would be able to fairly adjudicate this case consistent with the court's ethical obligations.

Accordingly, this action is hereby ORDERED transferred to the United States District Court for the Northern District of New York pursuant, to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated: November 21, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*Sent by First Class Mail to:*
Deepika Reddy
7338 Dartmoor Crossing
Fayetteville, NY 13066